# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Hazel Jeisel Rivera, Respondent,

v.

Warren Jared Newton, Newton's Farm, J&J Logging, Inc., and Edgar Rivera, Petitioners.

Appellate Case No. 2013-000674

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal From Georgetown County
Benjamin H. Culbertson, Circuit Court Judge

---

Opinion No. 27542
Heard April 7, 2015 – Filed July 1, 2015

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Brandon A. Smith, of King, Love & Smith, LLC, of Greenwood, and John Dwight Hudson, of Hudson Law Offices, of Myrtle Beach, for Petitioners.

Lawrence Sidney Connor, IV, of Kelaher Connell & Connor, PC, of Surfside Beach, for Respondent.

---

**PER CURIAM:** We granted certiorari to review the court of appeals' opinion in *Rivera v. Newton*, 401 S.C. 402, 737 S.E.2d 193 (Ct. App. 2012). We now dismiss the writ of certiorari as improvidently granted and further direct the court of appeals to depublish its opinion and assign the matter an unpublished opinion number. The above opinion shall no longer have any precedential effect.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**